| | |
|---|---|
| 1 | GRELLAS SHAH LLP |
| | GEORGE GRELLAS, ESQ. (SBN 83540) |
| 2 | (gg@grellas.com) |
| | DHAIVAT H. SHAH, ESQ. (SBN 196382) |
| 3 | (ds@grellas.com) |
| | 20400 Stevens Creek Blvd, Suite 280 |
| 4 | Cupertino, CA  95014 |
| | Telephone: (408) 255 - 6310 |
| 5 | Facsimile:  (408) 255 - 6350 |
| 6 | Attorneys for Plaintiffs |
| | GLOBALNAVSOURCE, INC. and |
| 7 | TRAILBEHIND, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBALNAVSOURCE, INC., a Florida corporation, and TRAILBEHIND, INC., a California corporation, | Case No.:  CV11-02918 MEJ |
| Plaintiffs, | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE THE DISCOVERY, BRIEFING, AND HEARING SCHEDULE FOR DEFENDANT FOREFLIGHT LLC'S MOTION TO DISMISS** |
| v. | |
| FOREFLIGHT LLC, a Nevada limited liability company. and DOES 1-50, inclusive, | |
| Defendants | |

---

Stipulation And Proposed Order To Continue Discovery, Briefing, And Hearing Schedule For Defendant's Motion To Dismiss – Case No. CV11-02918 MEJ

In light of the parties' good faith efforts and progress towards settlement of the above-captioned matter, and pursuant to Civil L.R. 6-12, 7-7(a) and 7-2, and supported by the attached Declaration of David I. Siegel, Plaintiffs GlobalNavSource, Inc. and TrailBehind, Inc. (jointly, the "Plaintiffs") and Defendant ForeFlight LLC ("Defendant") respectfully submit this Joint Stipulation and Proposed Order to Continue Discovery, Briefing, And Hearing Schedule For Defendant's Motion To Dismiss, and request the Court approve the stipulated agreement between the parties, as follows (the "Stipulated Order"):

(1) Plaintiffs shall propound and serve limited jurisdictional discovery to Defendant (the "Jurisdictional Discovery") no later than September 16, 2011;

(2) Defendant shall respond to the Jurisdictional Discovery on or before October 17, 2011; Defendant does not waive the right to object to any individual Jurisdictional Discovery requests or to require that any production of confidential information will take place pursuant to a mutually acceptable protective order;

(3) Plaintiffs' opposition to Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (the "Motion to Dismiss") shall be filed on or before November 4, 2011;

(4) Defendant's reply in further support of its Motion to Dismiss shall be filed on or before November 16, 2011;

(5) Plaintiffs and Defendant will request a mutually agreeable hearing date for the Motion to Dismiss, to be set for on or after December 1, 2011.

Respectfully submitted,

| GRELLAS SHAH LLP | PATTERSON SHERIDAN LLP |
|---|---|
| By: _____/s/_____<br>Dhaivat H. Shah, Esq.<br>Attorneys for Plaintiffs<br>GLOBALNAVSOURCE, INC. and<br>TRAILBEHIND, INC. | By: _____/s/_____<br>Keith Jaasma, Esq.<br>Attorneys for Defendant<br>FOREFLIGHT LLP |

//
//
//
//

**CERTIFICATION OF CONCURRENCE**

I, Dhaivat H. Shah, attest that Keith Jaasma has concurred in the filing of this document.

                        /s/
                    Dhaivat H. Shah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____
     Hon. Maria-Elena James
     United States Magistrate Judge

Date: August 4, 2011