| | |
|---|---|
| 1 | GRELLAS SHAH LLP |
| | GEORGE GRELLAS, ESQ. (SBN 83540) |
| 2 | (gg@grellas.com) |
| | DHAIVAT H. SHAH, ESQ. (SBN 196382) |
| 3 | (ds@grellas.com) |
| | DAVID I. SIEGEL, ESQ. (SBN 264247) |
| 4 | (dsiegel@grellas.com) |
| | 20400 Stevens Creek Blvd, Suite 280 |
| 5 | Cupertino, CA  95014 |
| | Telephone: (408) 255 - 6310 |
| 6 | Facsimile:  (408) 255 - 6350 |

**GRANTED**

*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs
GLOBALNAVSOURCE, INC. and
TRAILBEHIND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBALNAVSOURCE, INC., a Florida corporation, and TRAILBEHIND, INC., a California corporation, | Case No.:  CV11-02918 MEJ |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | |
| FOREFLIGHT LLC, a Nevada limited liability company. and DOES 1-50, inclusive, | |
| Defendants | |

---

Notice of Dismissal - Case No. CV11-02918 MEJ

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs GlobalNavSource, Inc. and TrailBehind, Inc., dismiss this case with prejudice against all defendants.

Dated: October 17, 2011

Respectfully Submitted,

GRELLAS SHAH LLP

By: _____/s/_____
        Dhaivat H. Shah, Esq.

Attorneys for Plaintiffs
GLOBALNAVSOURCE, INC. and TRAILBEHIND, INC