GRELLAS SHAH LLP
GEORGE GRELLAS, ESQ. (SBN 83540)
(gg@grellas.com)
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255 - 6310
Facsimile:  (408) 255 - 6350

Attorneys for Plaintiffs
GLOBALNAVSOURCE, INC. and
TRAILBEHIND, INC.

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBALNAVSOURCE, INC., a Florida corporation, and TRAILBEHIND, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FOREFLIGHT LLC, a Nevada limited liability company. and DOES 1-50, inclusive,<br><br>　　　　　Defendants | Case No.:  CV11-02918 MEJ<br><br>**NOTICE OF DISMISSAL** |

Notice of Dismissal - Case No. CV11-02918 MEJ

1 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs GlobalNavSource, Inc. and TrailBehind, Inc., dismiss this case with prejudice against all defendants.

Dated:  October 17, 2011

Respectfully Submitted,

GRELLAS SHAH LLP

By:  _____/s/_____
          Dhaivat H. Shah, Esq.

Attorneys for Plaintiffs
GLOBALNAVSOURCE, INC. and TRAILBEHIND, INC